# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRANDY CHASE, on behalf of herself and others similarly situated,** | ) Case No. 2:22-cv-1974-MHW-CMV </br> ) </br> ) Judge Michael H. Watson |
| Plaintiff, | ) </br> ) Magistrate Judge Chelsey M. Vascura |
| v. | ) </br> ) **JOINT NOTICE OF ACCEPTANCE OF** |
| **VIAQUEST RESIDENTIAL SERVICES, LLC,** | ) **COURT'S PROPOSED REVISIONS TO** </br> ) **SETTLEMENT AGREEMENT AND** </br> ) **NOTICE** |
| Defendant. | ) |

Pursuant to the Court's Opinion and Order (Dkt. 27), Plaintiff Brandy Chase and Defendant ViaQuest Residential Services, LLC respectfully submit their revised Settlement Agreement and Notice. The revised Settlement Agreement is attached as Exhibit A. The revised Notice is attached as Exhibit B.

Respectfully submitted,

| **NILGES DRAHER LLC** | **DINSMORE & SHOHL LLP** |
|---|---|
| */s/Shannon M. Draher* </br> Shannon M. Draher (0074304) </br> 7034 Braucher St. N.W., Suite B </br> North Canton, OH 44720 </br> Telephone:  (330) 470-4428 </br> Facsimile:  (330) 754-1430 </br> Email:  sdraher@ohlaborlaw.com </br> </br> Jeffrey J. Moyle (0084854) </br> 1360 East 9th Street </br> Suite 808 </br> Cleveland, OH 44114 </br> Telephone:  (216) 230-2944 </br> Facsimile:  (330) 754-1430 </br> E-mail:  jmoyle@ohlaborlaw.com </br> </br> *Counsel for Representative Plaintiff* | /s/ *Jason W. Hilliard* (with permission) </br> Jason W. Hilliard (0082688) </br> Michael B. Mattingly (008947) </br> Louise M. Griffin (0095724) </br> 225 East Fifth St, Suite 1900 </br> Cincinnati, OH 45202 </br> Telephone:  (513) 977-8200 </br> Facsimile:  (513) 977-8141 </br> Email:  jason.hilliard@dinsmore.com </br>            michael.mattingly@dinsmore.com </br>            louise.griffin@dinsmore.com </br> </br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Shannon M. Draher
Shannon M. Draher (0074304)

*Counsel for Representative Plaintiff*